AMERICAN LOAN & INVESTMENT COMPANY, a corporation, Respondent, v. B. P. BORASS and C. D. OLSON, Appellants, and A. J. BJERKEN, Garnishee.

(188 N. W. 304.)

**Liquidated damage — provision of land sale contract.**

**Vendor and purchaser — in vendor's action for installments due, held that purchaser in possession and in default were not entitled to rescind on payment of liquidated damages.**

2. It is *held* defendants being in possession, exercising dominion over the land described in the contract, and also being in default are not in position to invoke this clause of the contract.

**Vendor and purchaser — vendor may recover against purchaser unpaid installments due and past due interest.**

3. The vendor in a contract may maintain an action to recover against the vendee the amount of an unpaid installment or installments, which are due, and for all past due interest.

Opinion filed May 17, 1922.

Appeal from the judgment of the District court of Barnes county, *Englert,* J.

Judgment affirmed.

*Combs & Ritchie,* for appellants.

*John O. Hanchett,* for respondent.

GRACE, J.   This action is a companion case to American Loan & Investment Co. v. B. P. Borass, C. A. Steberg, C. D. Olson, and Theodore T. Moen ante, 1036; 188 N. W. 302. It was presented to this court with

that case upon the same brief and argued at the same time.   The decision of it is ruled by the decision in that case.

The judgment appealed from is affirmed.   The respondent is entitled to its costs and disbursements on appeal.


BIRDZELL, C. J., and ROBINSON, BRONSON, and CHRISTIANSON, JJ., concur.